05-15-00033-CV

Bridgette Vation

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 2:23:23 PM
LISA MATZ
CLERK

FILED
DALLAS COUNTY
1/13/2015 2:23:23 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-14-01521

| | | |
|---|---|---|
| **ROBERT GRODEN,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **THE DALLAS COUNTY** | § | **DALLAS COUNTY, TEXAS** |
| **HISTORICAL FOUNDATION d/b/a** | § | |
| **THE SIXTH FLOOR MUSUEM AT** | § | |
| **DEALEY PLAZA, NICOLA LONGFORD,** | § | |
| **BRADLEY HAMILTON, VINCENT** | § | |
| **GOLBECK, STEVE WARDEN, RAQUEL** | § | |
| **HERNANDEZ, AND CARLA D.** | § | |
| **NEWMAN** | § | |
| **Defendants.** | § | **95TH JUDICIAL DISTRICT** |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 2:23:23 PM
LISA MATZ
Clerk

### NOTICE OF ACCELERATED APPEAL

TO THE HONORABLE COURT:

Defendants, the City of Dallas, Vincent Golbeck, Stephen Worden, Raquel Hernandez, and Carla D. Newman give notice of their intent to appeal from the trial court's order of December 24, 2014, denying Defendants' motion to dismiss and pleas to the jurisdiction in the above-styled and numbered proceeding. This interlocutory appeal is taken to the Fifth Court of Appeals.

The appeal from the denial of the plea to the jurisdiction is an accelerated appeal of an interlocutory order granting or denying a plea to the jurisdiction by a governmental unit. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(8); Tex. R. App. P. 28.1. This appeal stays all other proceedings in the trial court pending resolution of the appeal because the plea was filed and requested for hearing not later than the 180th day after the date the Defendant filed the original answer. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b), (c).

Respectfully submitted,

WARREN M. S. ERNST
Dallas City Attorney

/s/Patricia M. De La Garza
Patricia M. De La Garza
Texas Bar No. 13897900
patricia.medrano@dallascityhall.com
Barbara E. Rosenberg
Texas Bar No. 17267700
barbara.rosenberg@dallascityhall.com
Jason. G. Schuette
Texas Bar No. 17827020
jason.schuette@dallascityhall.com
Assistant City Attorneys

City Attorney's Office
1500 Marilla Street, Room 7D North
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622

## CERTIFICATE OF SERVICE

On this the 12th day of January, 2015, a true and correct copy of the foregoing document was served upon counsel listed below in accordance with the provisions of Rule 21a, Texas Rules of Civil Procedure:

D. Bradley Kizzia
brad@brownfoxlaw.com
Sarah B. Sparling
sarah@brownfoxlaw.com
BROWN FOX KIZZIA & JOHNSON PLLC
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201


Randy A. Nelson
rnelson@thompsoncoe.com
D. Rockwell Bower
drbower@thompsoncoe.com
THOMPSON, COE, COUSINS, and IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832

/s/Patricia M. De La Garza
PATRICIA M. DE LA GARZA